FILED ___ LODGED
___ RECEIVED

JUL 10 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
Plaintiff,
v.
WILLIAM J. HANSON,
Defendant.

Case No. CR06-5450

INFORMATION
(Misdemeanor)

The United States Attorney charges that:

On or about May 13, 2006, at Fort Lewis, Washington, within the special maritime and territorial jurisdiction of the United States, WILLIAM J. HANSON did operate a motor vehicle on a public highway at a time when his privilege to do so was suspended in the second degree.

All in violation of Title 18, United States Code, Sections 7 and 13, and R.C.W. 46.20.342(1)(b).

DATED this 6th day of July, 2006.

JOHN McKAY
United States Attorney

GLEN E. TEMPLETON
Special Assistant United States Attorney

06-CR-05450-INFO



Special Assistant United States Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711