Magistrate Judge

FILED LODGED
RECEIVED
FEB 02 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM J. HANSON, Defendant. | NO. CR06-5450<br>ORDER TO QUASH ARREST WARRANT |

THIS MATTER coming before the Court after the United States having dismissed the underlying case, and the Court being fully advised in the premises,

IT IS ORDERED that the arrest warrant for WILLIAM J. HANSON is hereby QUASHED.

DATED this 31st day of January, 2015.

Karen L Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

Barbara J. Sievers
BARBARA J. SIEVERS
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970